FILED
AUG 6 1997
U. S. DISTRICT COURT
CLERK'S OFFICE
By _____ Deputy 

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [Violation: 26 U.S.C. § 5861(d) Unlawful Possession of Firearm Silencer; 18 U.S.C. § 2 Aiding and Abetting.] |
| MICHAEL LEONARD DORSETT and ) BRADLEY PLAYFORD GLOVER, ) | |
| Defendants. ) | USAO Nos. 9703435 and 9703436 |

THE GRAND JURY CHARGES:

A 97 CR 112 JN

COUNT ONE
[26 U.S.C. § 5861(d)]

On or about July 4, 1997, in the Western District of Texas, the defendants,

MICHAEL LEONARD DORSETT, a/k/a Michael Anthony Tomlin,
and
BRADLEY PLAYFORD GLOVER,

aided and abetted by each other, did knowingly and unlawfully possess a firearm as defined by Title 26, United States Code, Section 5845, namely, a firearm silencer as defined by Title 18, United States Code, Section 921(a)(24), which was not registered to either of the said defendants in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841, and in violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

JAMES WILLIAM BLAGG
United States Attorney


_/s/ Gerald C. Carruth_
GERALD C. CARRUTH
Assistant U. S. Attorney